Jeremy S. Golden (SBN 228007)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA 91914
jeremy@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF A. SIAL, an individual, | ) Case No.: 08-CV-0905 JM CAB |
| Plaintiff, | ) |
| v. | ) **PROOF OF SERVICE OF** |
| | ) **SUMMONS AND COMPLAINT TO** |
| UNIFUND CCR PARTNERS; and | ) **DEFENDANT UNIFUND CCR** |
| DOES 1 through 10 inclusive; | ) **PARTNERS** |
| Defendants. | ) |

On June 3, 2008 Defendant Unifund CCR Partners was served with the summons and complaint by James Zieverick by personal delivery upon Nicole Proctor, an agent and/or employee of Defendant. A true and correct copy of the affidavit of the proof of service is attached to this document as Exhibit A.

Service was made pursuant to Federal Rule of Civil Procedure 4(h)(1)(A).

Dated June 12, 2008

                                        _/S/ Jeremy S. Golden_
                              Jeremy S. Golden, Attorney for Plaintiff

1
**PROOF OF SERVICE OF SUMMONS AND COMPLAINT TO DEFENDANT UNIFUND CCR PARTNERS**

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 6/3/08 |
| NAME OF SERVER JAMES ZIEVERINK | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 10625 TECHWOOD CIR CINTI OH 45242

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: NICOLE PROCTOR

[ ] Return unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 6/3/08
Date

Signature of Server

Address of Server 7008 ELIZABETH'S OAK CT CO 45248

Page 2 of 2

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## CERTIFICATE OF SERVICE

I, Dorian Hudson, declare that:

I am, and was at the time of the service hereinafter mentioned, at least 18 years of age and not a party to this action. My business address is 2300 Boswell Rd Ste 211, Chula Vista, CA 91914. I am employed in San Diego County, CA.

I served the following:

### PROOF OF SERVICE OF SUMMONS AND COMPLAINT TO DEFENDANT UNIFUND CCR PARTNERS

United States District Court of California, Southern District Case No. 08-CV0905 JM CAB

On June 12, 2008 by depositing copies thereof in the United States mail at Chula Vista, CA 91914 enclosed in a sealed envelope, with postage fully prepaid, addressed to:

> Unifund CCR Partners
> 10625 Techwood Cir
> Cincinnati, OH 45242

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed June 12, 2008 at Chula Vista, CA 91914.

_[signature]_
Dorian Hudson