1  MICHAEL R. SIMMONDS (SBN 96238)
   TOMIO B. NARITA (SBN 156576)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   msimmonds@snllp.com
5  tnarita@snllp.com

6  Attorneys for Defendant
   Unifund CCR Partners

7

8
                    UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10

11   ASIF A. SIAL, an individual,        )   CASE NO.: 08-CV-0905 JM CAB
                                         )
12                                       )
            Plaintiff,                   )   **NOTICE OF APPEARANCE**
13                                       )
                                         )
14          vs.                          )
                                         )
15                                       )
     UNIFUND CCR PARTNERS; and           )
16   DOES 1 through 10 inclusive,        )
                                         )
17                                       )
            Defendants.                  )
18                                       )
                                         )
19   _____)

20

21

22

23

24

25

26

27

28

---

SIAL V. UNIFUND CCR PARTNERS (CASE NO. 08-CV-0905 JM CAB)
NOTICE OF APPEARANCE OF COUNSEL                                                1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Tomio B. Narita, of the law firm Simmonds & Narita LLP hereby notes his appearance as counsel for defendant Unifund CCR Partners in this matter.

DATED: June 23, 2008    SIMMONDS & NARITA LLP
                        MICHAEL R. SIMMONDS
                        TOMIO B. NARITA

                        By:   s/Tomio B. Narita
                              Tomio B. Narita
                              Attorneys for Defendant
                              Unifund CCR Partners

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

I, Tomio B. Narita, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816. I am counsel of record for defendant Unifund CCR Partners in this action.

On June 27, 2008, I caused the **NOTICE OF APPEARANCE OF TOMIO B. NARITA** to be served upon the parties listed below via the Court's Electronic Filing System:

**VIA ECF**

Jeremey S. Golden
jeremy@efaganlaw.com
Counsel for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 23rd day of June, 2008.

By:   s/Tomio B. Narita
Tomio B. Narita
Attorneys for Defendant
Unifund CCR Partners