1  MICHAEL R. SIMMONDS (SBN 96238)
   TOMIO B. NARITA (SBN 156576)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   msimmonds@snllp.com
5  tnarita@snllp.com

6  Attorneys for Defendant
   Unifund CCR Partners

7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11 | ASIF A. SIAL, an individual, | CASE NO.: 08-CV-0905 JM CAB |
12 | | |
13 | Plaintiff, | **NOTICE OF MOTION AND MOTION BY DEFENDANT UNIFUND CCR PARTNERS FOR JUDGMENT ON THE PLEADINGS** |
14 | vs. | |
15 | | |
16 | UNIFUND CCR PARTNERS; and DOES 1 through 10 inclusive, | Date:   August 1, 2008
Time:  1:30 p.m.
Courtroom:  16, 5th Floor |
17 | | |
18 | Defendants. | Honorable Jeffrey T. Miller |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT at 1:30 a.m. on August 1, 2008, in courtroom 16 of the above Court, located at 940 Front Street, San Diego, California, the Honorable Jeffrey T. Miller presiding, defendant Unifund CCR Partners ("Unifund") will and hereby does move this Court for an Order, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for judgment on the pleadings as to the entire Complaint in this action. Each of Plaintiff's claims fails as a matter of law. Plaintiff's claims allegedly arising under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* are barred by the *Noerr-Pennington* doctrine, and Plaintiff's state law claims allegedly arising under the California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 *et seq.*, are barred by the litigation privilege under California law.

The Motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, all of the other papers on file in this action, and such other and further evidence or argument as the Court may allow.

Respectfully submitted,

DATED: June 30, 2008         SIMMONDS & NARITA LLP


By:   s/Michael R. Simmonds
    Michael R. Simmonds
    Attorneys for Defendant
    Unifund CCR Partners

# CERTIFICATE OF SERVICE

I, Michael R. Simmonds, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816. I am counsel of record for defendant Unifund CCR Partners in this action.

On June 30, 2008, I caused the **NOTICE OF MOTION AND MOTION BY DEFENDANT UNIFUND CCR PARTNERS FOR JUDGMENT ON THE PLEADINGS** to be served upon the parties listed below via the Court's Electronic Filing System:

**<u>VIA ECF</u>**

Jeremy S. Golden
jeremy@efaganlaw.com
Counsel for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 30th day of June, 2008.

                    By:   s/Michael R. Simmonds
                            Michael R. Simmonds
                            Attorneys for Defendant
                            Unifund CCR Partners