MICHAEL R. SIMMONDS (SBN 96238)
TOMIO B. NARITA (SBN 156576)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
msimmonds@snllp.com
tnarita@snllp.com

Attorneys for Defendant
Unifund CCR Partners

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF A. SIAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIFUND CCR PARTNERS; and DOES 1through 10 inclusive,<br><br>Defendants. | CASE NO.: 08-CV-0905 JM CAB<br><br>***EX PARTE* APPLICATION OF DEFENDANT UNIFUND CCR PARTNERS FOR PERMISSION TO APPEAR TELEPHONICALLY AT ENE CONFERENCE**<br><br>Date: August 8, 2008<br>Time: 2:00 p.m.<br>Room: 1131<br><br>The Honorable Cathy Ann Bencivengo |

Defendant Unifund CCR Partners ("Unifund") submits the following *Ex Parte* Application For Permission to Appear Telephonically at the Early Neutral Evaluation Conference.

## ***EX PARTE* APPLICATION**

Unifund's representative with settlement authority is located in Ohio, and it would place an undue burden on Unifund to fly that representative across the country to attend the conference in person. For this reason, Unifund seeks permission from the Court to appear telephonically at the Early Neutral Evaluation Conference on August 8, 2008 at 2:00 p.m. Counsel for Unifund will appear in person and would have Unifund's representative on telephone standby for the duration of the conference. Counsel for Plaintiff has stated that he does not consent to this request.

## **MEMORANDUM IN SUPPORT OF APPLICATION**

Pursuant to the Court's Order of June 30, 2008 setting this action for an Early Neutral Evaluation Conference. Unifund respectfully requests that its representative be permitted to appear by telephone at the ENE conference. Counsel for Unifund will appear in person.

Unifund takes its obligations under the Court's ENE order seriously, and it intends to participate in good faith in the ENE conference in order to resolve the action. However, Unifund's representative with settlement authority is located in Cincinnati, Ohio. It would place an undue burden of time and expense on Unifund to fly the representative across the country to attend the conference in person. Unifund's representative would remain available by telephone, even after normal business hours, until released by the Court.

//

//

Based on the foregoing, Unifund respectfully requests that it be permitted to attend the ENE session by telephone while its counsel attends in person.

DATED: July 3, 2008

SIMMONDS & NARITA LLP

By: s/Michael R. Simmonds
Michael R. Simmonds
Attorneys for Defendant
Unifund CCR Partners

SIAL V. UNIFUND CCR PARTNERS (CASE NO. 08-CV-0905 JM CAB)
*EX PARTE* APPLICATION FOR TELEPHONIC APPEARANCE AT ENE 3

# PROOF OF SERVICE

I, Michael R. Simmonds, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816. I am counsel of record for defendant Unifund CCR Partners in this action.

On July 2, 2008, I caused the ***EX PARTE*** **APPLICATION OF DEFENDANT UNIFUND CCR PARTNERS FOR PERMISSION TO APPEAR TELEPHONICALLY AT ENE CONFERENCE** to be served upon the parties listed below via the Court's Electronic Filing System:

**VIA ECF**

Jeremy S. Golden
jeremy@efaganlaw.com
Counsel for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 2nd day of July, 2008.

By: s/Michael R. Simmonds
Michael R. Simmonds
Attorneys for Defendant
Unifund CCR Partners