UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF A. SIAL, an individual,<br><br>              Plaintiff,<br><br>      v.<br><br>UNIFUND CCR PARTNERS; and DOES 1 through 10 inclusive,<br><br>              Defendants. | Civil No.   08cv905 JM (CAB)<br><br>**ORDER DENYING EX PARTE REQUEST TO APPEAR TELEPHONICALLY**<br>**[Doc. No. 9.]** |

On June 30, 2008, this Court issued a Notice and Order for an Early Neutral Evaluation Conference on August 8, 2008. The Order required the parties, or a party representative with full settlement authority, to appear personally. [Doc. No. 6 at 1-2.] On July 3, 2008, Defendants filed an ex parte request for their party representative to appear telephonically. Defendants stated that Counsel for Plaintiff did not consent to the request. [Doc. No. 9 at 2.]

Unless there are extraordinary circumstances, persons required to attend the conference shall not be excused from personal attendance. Defendants' party representative is located in Ohio and Defendants claims "[i]t would place an undue burden of time and expense on Unifund to fly the representative across the country to attend the conference in person." [Doc. No. 9 at 2.] However, as stated in the June 30, 2008 Order, "[i]n and of itself, having to travel a long distance to appear in person

///

///

is not 'extraordinary.'" [Doc. No. 6 at 3.] Accordingly, because Defendants have failed to demonstrate extraordinary circumstances, the ex parte request is **DENIED**.

**IT IS SO ORDERED**.

DATED: July 7, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge