UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF A. SIAL,<br><br>                    Plaintiff,<br>v.<br><br>UNIFUND CCR PARTNERS, et al.,<br><br>                    Defendants. | Civil No.   08cv905 JM (CAB)<br><br>**ORDER SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

       On August 8, 2008, the Court held an Early Neutral Evaluation Conference. The case did not settle. Due to Defendants' pending motion for judgment on the pleadings, no Rule 26 dates were issued. On August 28, 2008, Defendants' motion was denied. Accordingly, IT IS HEREBY ORDERED:

       1.     Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A)-(D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

       2.     The Rule 26(f) conference shall be completed on or before **October 2, 2008**;

       3.     The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before **October 16, 2008**;

       4.     A discovery plan shall be <u>lodged</u> with Magistrate Judge Bencivengo on or before **October 16, 2008**; and,

5.    A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on **October 23, 2008**, at **1:30 p.m.**  The conference shall be telephonic, with attorneys only.  Counsel for Plaintiff shall coordinate and initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED**.

DATED:  September 8, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge