# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF A. SIAL, an individual,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>UNIFUND CCR PARTNERS, and DOES 1 through 10 inclusive,<br><br>　　　　　　　　　　　　　Defendant. | CASE NO. 08 CV 0905 JM CAB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>Doc. No. 23 |

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(ii) and Local Rule 7.2, the court hereby grants the parties' joint motion to dismiss this action with prejudice. The Clerk of Court is instructed to close the case file.

**IT IS SO ORDERED.**

DATED: March 9, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge